FILED
2022 Jan-14  AM 10:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| Janice Allen, | } |
| Plaintiff, | } Case Number: 5:21-cv-1617-HNJ |
| v. | } |
| GE Appliances – Decatur LLC, | } |
| Defendant. | } |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO PLAINTIFF'S VOLUNTARY NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action with prejudice, the parties to bear their own costs and fees.

At the direction of the Court, this case is closed.

DATED: January 14, 2022

SHARON N. HARRIS, CLERK

By:_____**B. Lamb**_____
Deputy Clerk